# Court of Appeals
# of the State of Georgia

ATLANTA,  August 13, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0008.  GABRIEL KOTSIS v. JAN SUTTKUS et al.**

Upon consider of the application for discretionary review, it is hereby DENIED.

The respondents' request for a frivolous appeal penalty is also hereby DENIED. See Court of Appeals Rule 41 (b); *Ridley v. Turner*, 335 Ga. App. 108, 113 (6) (778 SE2d 844) (2015).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  08/13/2019*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*